No. 95–6649.  JONES *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 516 U. S. 1057.  Motion for leave to file petition for rehearing denied.

MARCH 17, 1997

No. 95–1546.  SHOKETSU KINZOKU KOGYO KABUSHIKI CO., LTD., AKA SMC CORP., ET AL. *v.* FESTO CORP.  C. A. Fed. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Warner-Jenkinson Co.* v. *Hilton Davis Chemical Co., ante,* p. 17.